**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:19-CV-469-RJC-DCK**

| | | |
|---|---|---|
| **JOSEPH W. CRAFT III,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | <u>**ORDER**</u> |
| | ) | |
| **ALEXANDER WELLFORD TABOR,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

     **THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 4) filed by Michael G. Adams, concerning Katie Cassidy Tranter on September 30, 2019. Katie Cassidy Tranter seeks to appear as counsel *pro hac vice* for Plaintiff Joseph W. Craft III. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

     **IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 4) is **GRANTED**. Katie Cassidy Tranter is hereby admitted *pro hac vice* to represent Plaintiff Joseph W. Craft III.

     **SO ORDERED**.

Signed: September 30, 2019

David C. Keesler
United States Magistrate Judge