IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-CV-469-RJC-DCK

| | |
|---|---|
| JOSEPH W. CRAFT III, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| ALEXANDER WELLFORD TABOR, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 6) filed by Michael G. Adams, concerning J. Kent Wicker on September 30, 2019. J. Kent Wicker seeks to appear as counsel *pro hac vice* for Plaintiff Joseph W. Craft III. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 6) is **GRANTED**. J. Kent Wicker is hereby admitted *pro hac vice* to represent Plaintiff Joseph W. Craft III.

**SO ORDERED**.

Signed: September 30, 2019

David C. Keesler
United States Magistrate Judge