IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-CV-469-RJC-DCK

| | |
|---|---|
| JOSEPH W. CRAFT III, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ALEXANDER WELLFORD TABOR, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Motion For Relief From The Maximum Page Limit" (Document No. 17) filed December 5, 2019. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting Plaintiff's consent, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Defendant's "Motion For Relief From The Maximum Page Limit" (Document No. 17) is **GRANTED**. The parties may file briefs in support of and in opposition to dismissal, up to thirty-five (35) pages in length; however, they are encouraged to "endeavor to use fewer than 35 pages."

Signed: December 6, 2019

David C. Keesler
United States Magistrate Judge