# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:19-CV-469-RJC-DCK

| | |
|---|---|
| JOSEPH W. CRAFT III, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| ALEXANDER WELLFORD TABOR, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** regarding Defendant's "Motion To Dismiss First Amended Complaint…" (Document No. 32) and Plaintiff's "Motion To Dismiss Amended Counterclaims" (Document No. 36). These motions have been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b) and are ripe for review. Having considered the motions and the record, the undersigned finds that a hearing may assist the Court in reaching a decision on the pending motions.

Noting the on-going COVID-19 pandemic, the undersigned will direct counsel for the parties to appear at a virtual hearing on December 8, 2020. The Clerk of Court's office will contact counsel at a later date with a link to a Zoom address for the hearing.

The undersigned acknowledges that some time has passed since the pending motions were briefed in this matter. As such, the Court will direct counsel for the parties to confer, and then each side shall file a Status Report of five (5) pages or less. The Status Reports should include any updates in the status of the case or relevant caselaw. In addition, the Status Reports should indicate the attorney(s) for each side who will attend the hearing and the attorney(s) for each side who will speak for the client.

**IT IS, THEREFORE, ORDERED** that counsel for each side shall confer with each other via telephone or an online virtual meeting to discuss the status of the case, including the possibility of resolving or narrowing the pending issues in the lawsuit without Court intervention, on or before **December 2, 2020.**

**IT IS FURTHER ORDERED** that each side shall file a Status Report, as described herein, on or before **December 4, 2020.**

**IT IS FURTHER ORDERED** that counsel for each side in this case, including at least one (1) member of the Bar of this Court per side, shall appear at a virtual hearing on **Wednesday, December 8, 2020 at 2:00 p.m.** Counsel should be prepared to discuss the status of the case and explain the parties' arguments regarding the pending motions.

**SO ORDERED**.

Signed: November 19, 2020

David C. Keesler
United States Magistrate Judge