# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CASE NO.  3:19-CV-469-RJC-DCK

| | | |
|---|---|---|
| **JOSEPH W. CRAFT III,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **ALEXANDER WELLFORD TABOR,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** regarding Defendant's "Motion To Dismiss First Amended Complaint…" (Document No. 32) and Plaintiff's "Motion To Dismiss Amended Counterclaims" (Document No. 36).  These motions have been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b) and are ripe for review.

Having considered the motions and the record, the undersigned will re-schedule a hearing to assist the Court in reaching a decision on the pending motions.  Counsel for the parties are to appear at a virtual hearing on **January 21, 2021**.

The Court directs counsel for the parties to confer, and then *each side* shall file a Status Report of six (6) pages or less.  The Status Reports should:  include updates on the status of the case or relevant caselaw;  summarize key arguments regarding the pending motions;  and briefly describe counsel and the parties' efforts to resolve or narrow the issues in this case.  In addition, the Status Reports shall identify the attorney(s) for each side who will *attend* the hearing and the attorney(s) for each side who will *speak* for the client.

**IT IS, THEREFORE, ORDERED** that counsel for each side shall confer with each other via telephone or an online virtual meeting to discuss the status of the case, including the possibility

of resolving or narrowing the pending issues in the lawsuit without Court intervention, between the date of this Order and **January 15, 2021.**

     **IT IS FURTHER ORDERED** that *each side* shall file a Status Report, as described herein, on or before **January 19, 2021.**

     **IT IS FURTHER ORDERED** that counsel for each side in this case, including at least one (1) member of the Bar of this Court per side, shall appear at a <u>virtual hearing</u> on **Thursday, January 21, 2021 at 2:00 p.m.** Counsel should be prepared to discuss the status of the case and explain the parties' arguments regarding the pending motions.

     <u>The Clerk of Court's office will contact participating counsel at a later date with a link to a Zoom address for the hearing</u>.

     **SO ORDERED**.

Signed: December 17, 2020

David C. Keesler
United States Magistrate Judge

2